TOWN OF FALLSBURGH, Appellant, *v.* LOUIS SILVERMAN et al., Respondents.

Submitted January 6, 1941; decided January 9, 1941.

*Isaac Silberman* and *John Bright* for motion.

*Milton E. Glickman, S. Wallace Kagan* and *Harry C. Resnick* opposed.

Motion granted and appeal dismissed, without costs, on the ground the order of the Appellate Division from which the appeal is taken is interlocutory. An appeal may be

taken directly to this court from the order of the Special Term made and entered on December 7, 1940, but such appeal will bring up for review only the interlocutory order of the Appellate Division.